UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5010455 |
| SALLIE WITTING | : | **ORDER FOR DISMISSAL** |

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violations No. H5010455 against defendant Sallie Witting, which was filed on June 17, 2015 charging her with possessing a knife over 2.5 inches, for the reason that prosecution of defendant Sallie Witting is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice, and is pending the successful completion by defendant Sallie Witting of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 11/19/15